**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 24, 2013

Mr. Robert W. Ratton III
Memphis City Attorney's Office
125 N. Main Street
Suite 336
336
Memphis, TN 38103-0000

Ms. Paula Sue Shotwell
4767 Gill Drive
Memphis, TN 38109

Re: Case No. 12-6439, *Paula Shotwell v. City of Memphis*
Originating Case No. : 2:09-cv-02754

Dear Sir or Madam,

The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **June 24, 2013** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **17** days after<br>the appellee's brief |

**Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

Sincerely yours,

s/Louise Schwarber
Case Manager
Direct Dial No. 513-564-7015